RECEIVED
AUG 22 2025
Clerk, U.S. District Court
Fairbanks, AK

Name: Elizabeth Alexandria Francis

Prison Number: 507085

Place of confinement: Fairbanks Correctional Center

Mailing address: 1931 Eagan Street

City, State, Zip: Fairbanks, Alaska 99701

Telephone: 907-458-6700

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Elizabeth Alexandria Francis,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Department of Corrections,

_____,

_____,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. _____
(To be supplied by Court)

**PRISONER'S COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. **Plaintiff**: This complaint alleges that the civil rights of Elizabeth Alexandria Francis,
(print your name)

who presently resides at 1931 Eagan Street Fairbanks Alaska 99701,
(mailing address or place of confinement)
were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, <u>Department of Corrections</u> is a citizen of
(name)
_____, and is employed as a_____.
(state)                                (defendant's government position/title)

____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2,_____ is a citizen of
(name)
_____, and is employed as a_____.
(state)                                (defendant's government position/title)

____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____ is a citizen of
(name)
_____, and is employed as a_____.
(state)                                (defendant's government position/title)

____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
**You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.**


**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about 07-11-25 to 08-18-25, my civil right to
freedom from cruel and unusual punishment
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by Department of Corrections
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

I was put in seg after reporting child sexual exploitation to the F.B.I. and following the F.B.I.'s instructions to report the incident to my house officer (Officer Deitz) I drew him a map of where the incident had occured. A lady from mental health showed up the next day and we talked. I told her another inmate had told me that they (the staff) were assulting and raping people in MtHUseg that had recently been released from there. I heard one of my children might be in seg, she asked for their names and while writing, I asked if it would put them in any danger to give out their information. She said she had to go. I asked can she please listen for 1 more minute and said can they please not be forceful with people in segregation cause when people have been severely abused it makes everything worse. A few minutes after she left a man came and put me in handcuffs and brought me to MHU seg. They admitted me to MHU seg and refused to tell my why and refused to give me any paperwork on the admit during my entire segregation stay. Dr. Olivera (whom I met with on the computer) would not give me the option of not being perscribed medication that in the past had proven to be more harmful than good to my body, mind and personality. The second time I met with him (after not taking the medication he previously perscribed me more than once or twice, due to the severely harmful side effects) he perscribed me medication that I am allergic to and declared "court order it is" when I said I wasn't going to take it. I am allergic to Geodon and Haldol. I asked medical at one point for an allergy test, they refused. The

Claim 2: On or about 07-11-25 to 08-18-2025, my civil right to cruel and unusual punishment (freedom from) (Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by Department of Corrections (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

third time I met with him he perscribed me olanzipine and resperdal although I kept informing him they were harmful and that I do not require medication and to please not perscribe me any. I woke up one afternoon to Sarah injecting me with what she said was geoden but I was later told was olanzipine. I spent the next week in a drunken like stupor where I was not able to even read a sentence due to loss of concentration, loss of memory slept all night and almost all day, was very nauseated with loss of hand/eye coordination and experiencing uncontrolable body movements. Everything I experienced in MHU seg on all stints part was unacceptably and excessively negligent. Dr Olivera forced me to take Olanzipine for a few day for no reason and as far as I know with no court order. Before the injection I had been eating fine, sleeping fine, showering every day, reading, studying, writing, drawing, coloring every day with a little working out. One day they harassed me to bang on or kick the door all day ceaselessly. Finally, just to shut them up I kicked gently a few times and yelled a sentance, as in my experience when I would do whatever they were harassing me to do they would stop harassing me. The do not usually explain why but the injections seemed unrelated as they were days apart (liberty) Clause of the 14th amendment that liberty interests must be defined in the context of an inmates confinement the procedural requirements of notice and a hearing as generally required prior to the involuntary use of psycotropic medications may not apply during an emergency.

Prisoner § 1983 - 4
PS01, Nov 2013

Claim 3: On or about _____ (Date) _____, my civil right to _____

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____ (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

Please see Hogan v. Carter 85 F.3d 1113, 1115-17 4th Cir 1996, Leeks V Cunningham 997 F.2d 1330, 1335 11th Cir 1993 and Kulas V Valdez 159 F.3d 453, 456 9th Cir 1998 (finding even loud and uncooperative inmate did not present emergency sufficient for involuntary administration of strong antipsychotic medication without Washington's procedural safeguard. B was not doing anything to present a situation requiring any type of meds let alone emergency injections.

Prisoner § 1983 - 5
PS01, Nov 2013

### D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _____ Yes _____ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s): _____

Defendant(s): _____

Name and location of court: _____

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised: _____

b. <u>Lawsuit 2</u>:

Plaintiff(s): _____

Defendant(s): _____

Name and location of court: _____

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised: _____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____ Yes __X__ No

If your answer is "Yes," describe each lawsuit on the next page.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

4. **Are you in imminent danger of serious physical injury?** ____ Yes  X  No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: not anymore but I could be cause they are still denying me treatments/medical and trying to make me take medication I do not need

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 117,000,000.00

2. Punitive damages in the amount of $ 117,000,000.00

3. An order requiring defendant(s) to Stop the illegal activity

4. A declaration that _____

5. Other: _____

Plaintiff demands a trial by jury.  ✗  Yes  _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at Fairbanks Correctional Center, Fairbanks on August 18th, 2025
(Location) (Date)

_Elizabeth A Francis_
(Plaintiff's Signature)

_____  _____
Original Signature of Attorney (if any)  (Date)

_____
_____
_____
Attorney's Address and Telephone Number

Prisoner § 1983 - 8
PS01. Nov 2013

Elizabeth Alexandria Francis #507085
Fairbanks Correctional Center
1931 Eagan Street
Fairbanks, Alaska
        99701-5703





US POSTAGE
$010.26
CORRECTION
ZIP 99701
08/19/2025
036B 0011827801



RECEIVED
AUG 22 2025
Clerk, U.S. District Court
Fairbanks, AK



USPS TRACKING #
9114 9012 3080 3058 7545 36

U.S. District Court
101 12th Avenue, Room 332
Fairbanks, Alaska
        99701-6283